**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MELVIN C. PORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-1440 (RBW) |
| ALONZO FULGHAM, | ) |
| Chief Operating Officer, United States | ) |
| Agency for International Development, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michelle Lo as counsel for defendant in the above-captioned case.

Dated:  August 9, 2010              Respectfully submitted,

                                     /s/ Michelle Lo
                                    MICHELLE LO
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    Tel: (202) 514-5134   Fax: (202) 514-8780
                                    Michelle.Lo2@usdoj.gov